STATE v. FISHER

No. 86P01

Case below: 141 N.C. App. 448

Notice of appeal by the Attorney General pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 1 March 2001. Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 denied 1 March 2001.

STATE v. FLIPPEN

No. 178A95-3

Case below: Forsyth County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Forsyth County denied 5 April 2001.

STATE v. FLOWE

No. 31P01

Case below: 142 N.C. App. 734

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 March 2001.

STATE v. GALLMAN

No. 40P01

Case below: 135 N.C. App. 790

Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 dismissed 1 February 2001.

STATE v. GODLEY

No. 498P00

Case below: 140 N.C. App. 15

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001. Justice Edmunds recused.